## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| **CARLA SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO:** |
| | ) | 4:24-cv-00169-WMR-WEJ |
| **BALL METAL BEVERAGE** | ) | |
| **CONTAINER CORPORATION,** | ) | |
| **a Colorado Corporation, and** | ) | |
| **MOSES ALEXANDER,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL

COME NOW Carla Smith ("Plaintiff") and Ball Metal Beverage Container Corporation ("Ball Metal") (collectively referred to herein as the "Parties") and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that Plaintiff's claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

1. On July 8, 2024, Plaintiff filed her Complaint against Ball Metal and Moses Alexander. [Doc. 1.]

2. On October 28, 2024, Defendant Ball Metal returned an executed Waiver of Service, and Defendant Ball Metal's answer was deemed due September 26, 2024. [Doc. 4.]

3.  Moses Alexander has yet to be served.

4.  On November 5, 2024, Ball Metal filed a Consent Motion for Extension of Time to File Answer, and the Court granted the requested relief the same day. [Docs. 5, 6.] Thus, Ball Metal has not yet filed an answer to the Complaint.

5.  Plaintiff and Ball Metal, through their respective undersigned counsel, engaged in negotiations and were able to reach an agreement that resolves all claims in this lawsuit, including those brought forth against Ball Metal's current and/or former employees.

6.  Fed. R. Civ. P. 41(a)(1)(A)(ii) allows a case to be dismissed by stipulation if signed by all parties who have appeared.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 16th day of December, 2024.

**THE GUNN LAW FIRM, LLC**

/s/ *E. Linwood Gunn IV*
E. Linwood Gunn, IV
Georgia Bar No. 315265
244 Roswell Street, Suite 100
Marietta, GA  30060
Telephone: (470) 508-0020
elg@atldiscriminationlawyers.com

*Attorney for Plaintiff*

**JACKSON LEWIS P.C.**

/s/ *Emily S. Borna*
Emily S. Borna
Georgia Bar No. 064065
Emily.Borna@jacksonlewis.com
Kathryn M. White
Georgia Bar No. 528556
Kathryn.White@jacksonlewis.com
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

In accordance with N. D. Ga. L. R. 5.1C, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Emily S. Borna*
Emily S. Borna
Georgia Bar No. 064065

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **CARLA SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION FILE NO:** |
| ) | 4:24-cv-00169-WMR-WEJ |
| **BALL METAL BEVERAGE** ) | |
| **CONTAINER CORPORATION,** ) | |
| **a Colorado Corporation, and** ) | |
| **MOSES ALEXANDER,** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **Defendants.** ) | |
| _____ ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2024, I electronically filed the foregoing

**STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF

system, which will automatically send email notification of the filing to the following

counsel of record, properly addressed as follows:

E. Linwood Gunn, IV
244 Roswell Street, Suite 100
Marietta, GA  30060
elg@atldiscriminationlawyers.com

*Attorney for Plaintiff*

This 16th day of December, 2024

/s/ Emily S. Borna
Emily S. Borna
Georgia Bar No. 064065