# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| CARLA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 4:24-cv-00169-WMR-WEJ |
| BALL METAL BEVERAGE ) | |
| CONTAINER CORPORATION, ) | |
| a Colorado Corporation, ) | |
| and MOSES ALEXANDER, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

## VOLUNTARY DISMISSAL

COMES NOW Plaintiff CARLA SMITH, through her counsel of record, and pursuant to FRCP 41 (a)(1) dismisses her claims against Defendant Moses Alexander without prejudice.

                                        */s/ E. Linwood Gunn IV*
                                        E. Linwood Gunn, IV
                                        Georgia State Bar Number 315265
                                        Attorney for Plaintiff
                                        THE GUNN LAW FIRM LLC
                                        400 Galleria Parkway
                                        Suite 1500 -#2606
                                        Atlanta, GA 30339
                                        470.508.0020
                                        elg@atldiscriminationlawyers.com

## **CERTIFICATION UNDER L.R. 7.1D**

Pursuant to Northern District of Georgia Local Rule 7.1.D, the undersigned counsel for Plaintiff hereby certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this ___11___ day of __June__, 2025.

                                             */s/ E. Linwood Gunn IV*
                                             E. Linwood Gunn, IV
                                             Georgia State Bar Number 315265
                                             THE GUNN LAW FIRM LLC
                                             400 Galleria Parkway
                                             Suite 1500 -#2606
                                             Atlanta, GA 30339
                                             470.508.0020

## **CERTIFICATE OF SERVICE**

I certify that this date I filed Plaintiff's Voluntary Dismissal via the CM/ECF system which will provide notice and also emailed a copy to the following counsel of record:

Emily Borna

Emily.Borna@jacksonlewis.com

This   11th   day of June, 2025.

                                        */s/ E. Linwood Gunn IV*
                                        E. Linwood Gunn, IV
                                        Georgia State Bar Number 315265
                                        Attorney for Plaintiff
                                        THE GUNN LAW FIRM LLC
                                        400 Galleria Parkway
                                        Suite 1500-2606
                                        Atlanta, GA 30339
                                        470.508.0020
                                        elg@atldiscriminationlawyers.com